## INDEX OF EXHIBITS

| | |
|---|---|
| 1. | Umbrella Policy |
| 2. | 2007 Policy Declaration |
| 3. | 2008 Policy Declaration |
| 4. | Underwriting Note (4/29/08) |
| 5. | 2008 Policy Declaration (4/29/08) |
| 6. | Foertsch LT Elias/Sutton (5/1/08) |
| 7. | Montag LT Elias/Sutton (6/19/08) |
| 8. | Montag LT Elias/Sutton (7/23/08) |
| 9. | Policy Declarations III (7/22/08) |
| 10. | Foertsch LT Elias/Sutton (12/9/08) |
| 11. | 2009 Policy Declarations (1/7/09) |
| 12. | Foertsch LT Elias/Sutton (4/24/09) |
| 13. | Dahlhauser LT Elias/Sutton (1/20/10) |
| 14. | Dahlhauser LT Slack |
| 15. | Underlying Comp. (7/27/10) |
| 16. | Damron Agreement |

# EXHIBIT 1

I, Jennifer Foertsch, as a duly authorized agent of Pharmacists Mutual Insurance Company, do hereby certify that the enclosed Personal Umbrella Policy Policy #UMP 0052228 08 issued to Laura Elias and Richard Sutton, effective January 7, 2009 through January 7, 2010, is a true and correct copy of the original issued to same.


_Jennifer M Foertsch_      _2/10/10_
Jennifer M. Foertsch, API, AIS     Date
Personal Underwriter
Pharmacists Mutual Insurance Company


STATE OF IOWA     )
                     )
                     )   SS
                     )
COUNTY OF KOSSUTH  )


As a duly authorized Notary for the State of Iowa, County of Kossuth, do hereby attest that the above-signed, Jennifer Foertsch, known by me personally to be one and the same, has this day caused his signature to be voluntarily affixed to this document in my presence.


_Rhonda J Ostwald_      _2/10/2010_
Notary Public             Date

(seal)

RHONDA J. OSTWALD
Commission #174579
MY COMMISSION EXPIRES
6-1-12

PMIC UP 002

 **Pharmacists Mutual** *Insurance Company*

**1-800-247-5930 or 515-295-2461**
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 50511-0370

## PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS
### THIS IS NOT A BILL

| NAMED INSURED AND MAILING ADDRESS | |
|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BEHREND DR<br>PHOENIX AZ 85024 | CUSTOMER NUMBER 0004669701 |
| | POLICY NUMBER UMP 0052228 08 |
| | Previous Policy Number UMP 0052228 |
| | POLICY PERIOD 01/07/09 **TO** 01/07/10 |
| | 12 01 A.M. Standard Time at the described location |

| TRANSACTION |
|---|
| RENEWAL DECLARATION |

### LIMITS OF INSURANCE

**Each Occurrence Limit**      1,000,000

**Retained Limit**      1,000

**POLICY PREMIUM TOTAL**      $150.00

**FORMS AND ENDORSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| PM 1000AZ | (10/01) | AZ Mutual Company Provisions | PM5003 | (04/06) | How Much We Pay-Aggr. Limits |
| UM0001 | (01/00) | Personal Umbrella Liab Covg | UM0135 | (01/00) | Exclusion - Punitive Damages |
| UM0143 | (03/03) | Fungi,Wet/Dry Rot/Bacteria Exc | UM0702 | (04/01) | Amendatory End. - Arizona |

**WARNING:** A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer may be guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative RYAN GOODRICH                                    4162

UMPDEC      Date Printed:12/08/08      INSURED COPY                Page 1   of 2

PMIC UP 003



| NAMED **INSURED** LAURA ELIAS & RICHARD SUTTON | | |
|---|---|---|
| CUSTOMER **NUMBER** | | 0004669701 |
| POLICY **NUMBER** | | UMP 0052228 08 |
| **POLICY PERIOD** | 01-07-09 **TO** | 01-07-10 |
| 12 01 A.M. Standard Time at the described location | | |

## SCHEDULE OF UNDERLYING INSURANCE

COMPREHENSIVE PERSONAL LIABILITY
  Carrier  Pharmacists Mutual
   Combined Single Limit             $300,000  Each Occurrence

PMIC UP 004

**MUTUALS—MEMBERSHIP AND VOTING NOTICE:**

The insured is notified that by virtue of this policy, he is a member of the **Pharmacists Mutual Insurance Company** of Algona, Iowa. The insured is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Home Office, on the fourth Friday of April, in each year, at 9:00 a.m.

**MUTUALS—PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY**

No Contingent Liability: This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**IN WITNESS WHEREOF** the company has caused this policy to be executed and attested.

Thomas E. Claude

Secretary

Edward F Oberg

President

Please send all communications directly to the Home Office:

## Pharmacists Mutual® Insurance Company

Box 370
Algona, IA 50511
Phone: (515) 295-2461

PM1000 (10/01) AZ

PMIC UP 006

**AAIS**
**UM 0001 01 00**
**Page 1 of 11**

**THIS IS A LEGAL CONTRACT**
**– PLEASE READ IT CAREFULLY –**

# PERSONAL UMBRELLA LIABILITY COVERAGE

The following Table of Contents shows how this policy is organized. It will help "you" locate particular sections of this form.

## TABLE OF CONTENTS

Page

Agreement ................................................................................................................ 1

Definitions ............................................................................................................... 2

Principal Coverage ................................................................................................ 4

Defense Coverage ................................................................................................ 4

Exclusions ................................................................................................................ 5

What You Must Do In Case Of Loss ................................................................. 8

How Much We Pay .............................................................................................. 9

Excess Insurance .................................................................................................. 9

Conditions ............................................................................................................... 9

Endorsements and schedules may also be part of this policy. They are identified on the "declarations".

Refer to the Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## AGREEMENT

This policy, subject to all of its "terms", provides the coverages described herein during the policy period. In return "you" must pay the required premium.

PMIC UP 007

AAIS
UM 0001 01 00
Page **2** of 11

## DEFINITIONS

1. The words "you" and "your" mean the person or persons named as the insured on the "declarations". This includes "your" spouse if a resident of "your" household.

2. The words "we", "us", and "our" mean the company providing this policy.

3. "Bodily injury" means bodily harm to a person and includes sickness, disease, or death. This also includes required care and loss of services.

   "Bodily injury" does not mean bodily harm, sickness, disease, or death that arises out of:

   a. a communicable disease;

   b. the actual, alleged, or threatened sexual molestation of a person;

   c. mental or emotional injury, suffering, or distress that does not result from physical injury;

   d. physical abuse;

   e. corporal punishment; or

   f. the use, sale, manufacture, delivery, transfer, or possession by any person of Controlled Substances as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812, including any amendments. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic or hallucinogenic drugs. However, this does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

4. "Business" means a trade, a profession, or an occupation, including farming, all whether full or part time. This includes the rental of property to others.

"Business" includes services regularly provided by an "insured" for the care of others and for which an "insured" is compensated. A mutual exchange of like services is not considered compensation.

"Business" does not include:

   a. part time or seasonal activities that are performed by minors; or

   b. activities that are related to "business", but are usually not viewed as "business" in nature.

5. "Declarations" are all pages labeled Declarations, Supplemental Declarations, or Schedules that pertain to this policy.

6. "Domestic employee" means a person employed by an "insured" to perform duties that relate to the use and care of the "insured premises". This includes a person who performs duties of a similar nature elsewhere for an "insured". This does not include a person while performing duties in connection with the "business" of an "insured".

7. Except as stated within this definition, "insured" means all persons or entities covered by "underlying insurance". Each such person or entity is a separate "insured", but this does not increase "our" "limit".

No person is an "insured" with respect to the use of a "motorized vehicle", watercraft, or trailer unless that person has a reasonable expectation that he or she has a right to such use. However, this does not apply to the use of a "motorized vehicle", watercraft, or trailer that "you" own or lease by a person who is:

   a. "your" relative and a resident of "your" household; or

   b. under the age of 21, residing in "your" household, and in "your" care or in the care of "your" resident relatives.

PMIC UP 008

AAIS
UM 0001 01 00
Page 3 of 11

8.  "Insured premises" means all premises covered by "underlying insurance".

9.  "Limit" means the amount of coverage that applies.

10. "Motorized vehicle" means a self-propelled land or amphibious vehicle regardless of method of surface contact. This does not include vehicles that are designed and used to assist the handicapped and are not required to be licensed for road use.

11. "Occurrence" means an accident, including repeated exposures to similar conditions, that results in "bodily injury" or "property damage" during the policy period.

12. "Personal injury" means false arrest, false imprisonment, wrongful eviction, wrongful entry, wrongful detention, malicious prosecution, misrepresentation, libel, slander, defamation of character, or invasion of privacy.

    "Personal injury" does not mean false arrest, false imprisonment, wrongful eviction, wrongful entry, wrongful detention, malicious prosecution, misrepresentation, libel, slander, defamation of character, or invasion of privacy that arises out of:

    a.  a communicable disease; or

    b.  the actual, alleged, or threatened sexual molestation of a person.

13. "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

14. "Property damage" means:

    a.  physical injury or destruction of tangible property; or

    b.  the loss of use of tangible property whether or not it is physically damaged.

15. "Suit" means any civil proceeding in a court of law in which damages because of "bodily injury", "personal injury", or "property damage" to which this insurance applies are sought.

    "Suit" may also include arbitration proceedings in which damages for "bodily injury", "personal injury", or "property damage" are claimed and to which the "insured" must submit or does submit with "our" consent, or any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" does submit with "our" consent.

16. "Terms" means all provisions, limitations, exclusions, conditions, "declarations", and definitions used in this policy.

17. "Underlying insurance" means the liability insurance coverage provided under policies shown in the Schedule of Underlying Insurance on the "declarations" for the "limits" and policy periods indicated. It includes any policies issued to replace those policies during the term of this policy that provide:

    a.  at least the same "limits"; and

    b.  the same hazards insured against, except as modified by general program revisions or as agreed to by "us" in writing.

18. "Underlying insurer" means any insurer who issues a policy of "underlying insurance".

AAIS
UM 0001 01 00
Page 4 of 11

## PRINCIPAL COVERAGE

"We" pay, up to "our" "limit", all sums for which an "insured" is liable by law because of "bodily injury", "personal injury", or "property damage" to which this Personal Umbrella Liability Coverage applies.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Defense Coverage.

Subject to the Exclusions, this insurance applies only to:

1.  "bodily injury" and "property damage" that is caused by an "occurrence"; and

2.  "personal injury" arising from an offense committed during the policy period.

## DEFENSE COVERAGE

1.  "We" have the right to defend, investigate, and settle any claim or "suit" seeking damages covered by this policy. "We" may elect at any time to participate with the "insured" and with any "underlying insurer" or other insurer in the defense, investigation, and settlement of any claim or "suit" arising out of an "occurrence" or an offense that, in "our" opinion, may involve damages to which this policy may apply. However, "we" have no obligation to share in or contribute to any costs or expenses incurred by any "underlying insurer" or other insurer.

2.  "We" have the duty to defend any claim or "suit" seeking damages to which this insurance applies, but only with respect to damages:

a.  covered by "underlying insurance" or any other valid and collectible insurance available to the "insured" except for exhaustion of a "limit" by the payment of losses; or

b.  not covered by "underlying insurance" or any other valid and collectible insurance available to the "insured". However, "we" have no duty to defend a claim or "suit" seeking damages for an amount that does not exceed the Retained Limit shown in the "declarations".

"Our" duty to defend ends when "we" have paid an amount equal to "our" "limit" as a result of a judgment or written settlement.

If "we" are prevented by law or otherwise prevented from carrying out this agreement, "we" will pay the "insured" for any expense incurred with "our" written consent.

3.  If "we" defend a "suit", "we" pay:

a.  the costs taxed to an "insured";

b.  the costs incurred by "us";

c.  the actual loss of earnings by an "insured" for time spent away from work at "our" request ("We" pay up to $100 per day.);

d.  the necessary costs incurred by "you" at "our" request;

e.  the interest that accrues after the entry of a judgment, but ending when "we" tender or pay up to "our" "limit";

f.  the premiums on appeal bonds or bonds for the release of attachments up to "our" "limit" ("We" are not required to apply for or furnish bonds.);

g.  the premiums up to $500 per bail bond required of an "insured" because of an accident or a traffic law violation arising out of the use of a vehicle to which this policy applies ("We" are not required to apply for or furnish bonds.); and

PMIC UP 010

h. prejudgment interest awarded against an "insured" on that part of the judgment "we" pay. If "we" offer to pay the "limit", "we" will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the "limit" as described under How Much We Pay.

## EXCLUSIONS

This Personal Umbrella Liability Coverage does not apply to:

1. "bodily injury" or "property damage" that results from the ownership, leasing, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading, or unloading of aircraft. However, this exclusion does not apply to:

   a. "bodily injury" to a person while performing duties as a "domestic employee"; or

   b. model aircraft not designed or used to carry people or cargo.

2. liability imposed by law on an "insured" for "bodily injury" or "property damage" that results from the use of:

   a. a "motorized vehicle", watercraft, or trailer by another person. However, this exclusion does not apply to the extent that such liability is covered by "underlying insurance" at the time of the "occurrence"; or

   b. an aircraft by another person.

3. "bodily injury" or "property damage" that results from the ownership, leasing, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading, or unloading of "motorized vehicles" or trailers. Except as stated in the following paragraph, this exclusion does not apply to the extent that such "bodily injury" or "property damage" is covered by "underlying insurance" at the time of the "occurrence".

   Regardless of the "terms" of the "underlying insurance", this Personal Umbrella Liability Coverage does not provide:

   a. automobile no fault or any similar coverage;

   b. uninsured motorists coverage or underinsured motorists coverage or any similar coverage; or

   c. automobile medical expense, automobile medical payments, or any similar coverage.

4. "bodily injury" or "property damage" that results from the ownership, leasing, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading, or unloading of watercraft. Except as stated in the following paragraph, this exclusion does not apply to the extent that such "bodily injury" or "property damage" is covered by "underlying insurance" at the time of the "occurrence".

   Regardless of the "terms" of the "underlying insurance", this Personal Umbrella Liability Coverage does not apply to "bodily injury" or "property damage" that results from the use of watercraft in or in the practice or the preparation for any prearranged or organized racing, speed, or stunt activities or contests. This does not apply to watercraft used in predicted log cruises or to sailing vessels.

AAIS
UM 0001 01 00
Page 6 of 11

5. "bodily injury", "property damage", or "personal injury" that results from activities related to the "business" of any "insured", whether or not the "bodily injury", "property damage", or "personal injury" is covered by "underlying insurance" at the time of the "occurrence" or offense. However, this exclusion does not apply to:

   a.  with respect to an "insured premises" normally occupied by "your" household:

      1)  the occasional rental or holding for rental for use as a residence of that part of the "insured premises" normally occupied solely by "your" household; or

      2)  the rental or holding for rental for use as a residence of part of the "insured premises" not normally occupied solely by "your" household, but only if no family unit houses more than two roomers or boarders;

   b.  the rental or holding for rental, in whole or in part, of an "insured premises", other than an "insured premises" described in 5.a.1) or 5.a.2) above, for use as a residence;

   c.  the rental or holding for rental of part of an "insured premises" for use as a school, studio, office, or private garage; or

   d.  the use of a "motorized vehicle" or a trailer, but only to the extent that such use is covered by "underlying insurance" at the time of the "occurrence" or offense.

6. "bodily injury", "property damage", or "personal injury" assumed by an "insured" under any contract or agreement. However, this exclusion does not apply:

   a.  where the liability of others is assumed by an "insured" under a written contract that directly relates to the ownership, maintenance, or use of an "insured premises"; or

   b.  to the extent that such "bodily injury", "property damage", or "personal injury" is covered by "underlying insurance" at the time of the "occurrence" or offense.

7. "property damage" to property owned by an "insured".

8. "property damage" to any property for which an "insured" is contractually obligated to provide insurance at the time of the "occurrence". However, this exclusion does not apply to "property damage" caused by fire, smoke, or explosion.

9. "bodily injury" or "property damage":

   a.  that is expected by, directed by, or intended by an "insured";

   b.  that is the result of a criminal act of an "insured"; or

   c.  that is the result of an intentional and malicious act by or at the direction of an "insured".

This exclusion applies even if the "bodily injury" or "property damage" that occurs is different than what was expected by, directed by, or intended by the "insured"; or is suffered by someone other than the person or persons expected by, directed by, or intended by the "insured". However, this exclusion does not apply to "bodily injury" or "property damage" that arises out of the use of reasonable force to protect people or property.

10. "bodily injury" or "personal injury" to "you" and, if residents of "your" household, to "your" relatives and to persons under the age of 21 in "your" care or in the care of "your" resident relatives.

11. "bodily injury" or "property damage" that results from premises that are owned, rented, or controlled by an "insured" and that are not "insured premises". However, this exclusion does not apply to the extent that such "bodily injury" or "property damage" is covered by "underlying insurance" at the time of the "occurrence".

12. "bodily injury", "property damage", or "personal injury" that results from the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants" into or upon land, water, or air. However, this exclusion does not apply to:

   a. "bodily injury", "property damage", or "personal injury" that results from the heat, smoke, or fumes of a fire on the "insured premises" that becomes uncontrollable or breaks out from where it was intended to be; or

   b. "bodily injury" or "property damage" that arises out of the ownership, leasing, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading, or unloading of a motor vehicle that is subject to motor vehicle registration or designed for use on public roads, but only to the extent that such "bodily injury" or "property damage" is covered by "underlying insurance" at the time of the "occurrence".

13. any loss, cost, or expense arising out of any:

   a. request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants"; or

   b. claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of "pollutants".

14. "bodily injury", "property damage", or "personal injury" that results from the rendering of or the failing to render a professional service.

15. "bodily injury" or "property damage" that results from the use of a "motorized vehicle" or a trailer in or in the practice or the preparation for racing, speed, pulling or pushing, demolition, or stunt activities or contests.

16. "bodily injury", "property damage", or "personal injury" arising out of lead in any form.

17. any loss, cost, or expense arising out of any:

   a. request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead; or

   b. claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of lead.

18. "bodily injury", "property damage", or "personal injury" resulting from an "insured's" service as an officer or member of a board of directors. However, this exclusion does not apply to "bodily injury", "property damage", or "personal injury" resulting from an "insured's" service as an officer or member of a board of directors for a not for profit organization for which the "insured" is not compensated.

   With respect to this exclusion, reimbursement for expenses is not considered compensation.

19. "bodily injury" or "property damage" that results from war. (This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, or destruction, seizure, or use of property for a military purpose. Discharge of a nuclear weapon is deemed a warlike act even if accidental.)

20. "bodily injury" or "property damage" that results from an "occurrence" for which an "insured" is also an insured under a nuclear energy liability policy or would be an insured but for the exhaustion of its "limits". (A nuclear energy liability policy is a policy issued by the American Nuclear Insurers, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or their successors.)

21. "bodily injury" to a person, including a "domestic employee", if the "insured" has a workers' compensation policy covering the injury or if benefits are payable or are required to be provided by the "insured" under a workers' compensation, non-occupational disability, occupational disease, or like law.

22. liability for any assessment made by "your" homeowners, condominium, mobile-homeowners, or similar residential association.

23. "personal injury" that results from the willful violation of a law or ordinance by, at the direction of, or with the knowledge or consent of an "insured".

24. "personal injury" to a person that results from an offense directly or indirectly related to the person's employment by an "insured".

25. "personal injury" caused by a publication, statement, or act by, at the direction of, or with the knowledge or consent of an "insured" before the effective date of this insurance.

26. "personal injury" caused by a publication or statement made by, at the direction of, or with the knowledge or consent of an "insured", if the "insured" knew or had reason to believe that the publication or statement was false.

## WHAT YOU MUST DO
## IN CASE OF LOSS

1. "You" must cooperate with the "underlying insurers" as required by the terms of their policies and comply with all terms and conditions of those policies.

2. "You" must see to it that "we" receive notice as soon as practical of an "occurrence" or an offense to which this insurance may apply. The notice to "us" must state:

   a. the name of the "insured"; the policy number; and the time, place, and details of the "occurrence" or offense; and

   b. the names and addresses of all known potential claimants and witnesses.

3. **Cooperation** -- The "insured" must cooperate with "us" in performing all acts required by this policy.

4. **Volunteer Payments** -- An "insured" must not make payments, pay or offer rewards, or assume obligations or other costs except at the "insured's" own cost.

5. **Other Duties** -- In case of an "occurrence" or offense that might result in a claim, the "insured" must promptly give "us" copies of all notices, demands, and legal papers that relate to the "occurrence", offense, or claim.

   At "our" request, the "insured" must help "us":

   a. to settle a claim;

   b. to conduct "suits" (This includes being at trials and hearings.);

   c. to enforce the right of recovery or indemnification against all parties who may be liable to an "insured" for the injury or damage;

d.  in the securing of and giving of evidence; and

e.  In obtaining the attendance of all witnesses.

## HOW MUCH WE PAY

The "limit" shown on the "declarations" for this Personal Umbrella Liability Coverage is the most "we" pay for loss for each "occurrence" or offense. This applies regardless of the number of:

1.  persons insured under this policy;

2.  parties who sustain injury or damage;

3.  claims made or "suits" brought; or

4.  vehicles, watercraft, or trailers involved in an accident.

## EXCESS INSURANCE

1.  **Other Insurance** -- The insurance provided by this policy is excess over "underlying insurance", whether or not valid and collectible, and any other valid and collectible insurance available to the "insured", except insurance that is specifically purchased by the "insured" as excess insurance over the insurance provided by this policy.

    If there is no "underlying insurance" or valid and collectible insurance available to the "insured" with respect to an "occurrence" or offense to which the insurance provided by this policy applies, then this insurance will apply as excess over the Retained Limit shown on the "declarations", except when:

    a.  the "underlying insurer" is bankrupt or insolvent as stated below under item 3., Bankruptcy of Underlying Insurer; or

b.  "you" fail to maintain "underlying insurance" as stated under Condition 8., Maintenance of Underlying Insurance.

2.  **Failure To Maintain Underlying Insurance** -- If "you" fail to maintain "underlying insurance" as required by Condition 8., Maintenance of Underlying Insurance, the insurance provided by this policy will not replace such "underlying insurance" but will apply as if the "underlying insurance" were valid and collectible.

3.  Bankruptcy **Of Underlying Insurer** -- In the event of bankruptcy or insolvency of any "underlying insurer", the insurance provided by this policy will not replace such "underlying insurance", but will apply as if the "underlying insurance" were valid and collectible.

## CONDITIONS

1.  **Appeals** -- If an "underlying insurer" elects not to appeal a judgment in excess of the "limit" of any "underlying insurance", "we" may elect to make such appeal. If "we" so elect, "we" will be liable, in addition to the applicable "limit", for all expenses "we" incur that pertain to such appeal.

2.  **Bankruptcy Of An Insured** -- Bankruptcy or insolvency of an "insured" does not relieve "us" of "our" obligations under this policy.

3.  **Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". Proof of delivery or mailing is sufficient proof of notice.

    If "we" cancel this policy during the first 60 days that it is in effect, "we" will give "you" notice at least ten days before cancellation is effective.

If "we" cancel this policy after it has been in effect 60 days or more or if it is a renewal of a policy issued by "us", "we" will give "you" notice:

a.   at least ten days before cancellation is effective, if cancellation is because the premium has not been paid when due; or

b.   at least 30 days before cancellation is effective, if cancellation is for any reason other than nonpayment of premium.

If "we" do not renew this policy, "we" will give "you" notice at least 30 days before nonrenewal is effective.

"Your" return premium, if any, will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

4.   **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

If "we" adopt a revision that broadens coverage under this edition of "our" policy without an additional premium, the broadened coverage will apply to "your" policy as of the date "we" adopt the revision in the state in which "your" mailing address shown on the "declarations" is located. This applies only to revisions adopted 60 days prior to or during the policy period shown on the "declarations". This does not apply to changes adopted as a result of the introduction of a subsequent edition of "our" policy.

"Our" request for an appraisal or examination under oath does not waive policy "terms".

If this policy has no expiration date, "we" may substitute or "we" may add, at each anniversary date, forms that are then authorized for use.

5.   **Conformity With Statute** -- "Terms" in conflict with the laws of the state in which "your" mailing address shown on the "declarations" is located are changed to conform to such laws.

6.   **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

7.   **Legal Action Against Us** -- No legal action may be brought against "us" unless:

a.   all the "terms" of this policy have been complied with; and

b.   the amount of an "insured's" liability has been fixed by:

1)   a final judgment against an "insured" as a result of a trial; or
2)   a written agreement of the "insured", the claimant, and "us".

No person has a right under this policy to join "us" or implead "us" in actions that are brought to fix the liability of an "insured".

8.   **Maintenance Of Underlying Insurance** -- "You" must maintain the "underlying insurance" in full force and effect during the term of this policy.

If any "underlying insurance" is canceled or not renewed and not replaced or is at any time materially changed in "limits" or coverages, "you" must notify "us" at once. "We" will not be liable under this policy for more than "we" would have been liable if that "underlying insurance" had not been terminated or had been kept at its original "limits" or coverages.

Reduction or exhaustion of any aggregate "limit" in any "underlying insurance" by payments for judgments, settlements, or expenses for "occurrences" or offenses during the policy period of this policy will not be a failure to maintain "underlying insurance" in full force and effect.

No statement contained in this condition limits "our" right to cancel or not renew this policy.

9. **Misrepresentation, Concealment, or Fraud** — This coverage is void as to "you" and any other "insured" if before or after a loss:

   a. "you" or any other "insured" has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) the "insured's" interest herein; or

   b. there has been fraud or false swearing by "you" or any other "insured" with regard to a matter that relates to this insurance or the subject thereof.

10. **Subrogation** — If "we" pay for a loss, "we" may require that "you" assign to "us" the right of recovery up to the amount "we" pay. "We" are not liable for a loss if, after the loss, "you" impair "our" right to recover against others. "You" may waive "your" right to recover, in writing, before a loss occurs, without affecting coverage.

11. **Transfer Of Your Rights And Duties Under This Policy** — "Your" rights and duties under this policy may not be transferred without "our" written consent except in the case of "your" death.

   If "you" die, "your" rights and duties will be transferred to "your" legal representative but only while acting within the scope of duties as "your" legal representative. Until "your" legal representative is appointed, anyone having proper temporary custody of "your" property will have "your" rights and duties but only with respect to that property.

UM 0001 01 00

Copyright, American Association of Insurance Services, 2000

PMIC UP 017

PMIC UP 018

AAIS
UM 0143 03 03
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# FUNGI, WET OR DRY ROT, OR BACTERIA EXCLUSION

The Personal Umbrella Liability Coverage is amended as follows. All other "terms" of the Personal Umbrella Liability Coverage apply.

## DEFINITIONS

The following definition is added:

"Fungi" means any kind or form of fungus, including but not limited to mildew and mold, and any chemical, matter, or compound produced or released by a fungus, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

## EXCLUSIONS

The following exclusion is added.

This Personal Umbrella Liability Coverage does not apply to "bodily injury", "property damage", or "personal injury" that results directly or indirectly, in total or in part, from the actual, alleged, or threatened ingestion of, inhalation of, contact with, exposure to, existence of, or presence of "fungi", wet or dry rot, or bacteria. However, this exclusion does not apply to:

a. "bodily injury" that results from "fungi" cultivated or harvested for human consumption or food-borne or beverage-borne bacteria that cause illness commonly known as food poisoning (Food-borne or beverage-borne bacteria that cause illness commonly known as food poisoning include but are not limited to Staphylococcus aureus, Salmonella, Clostridium perfringens, Campylobacter, Listeria monocytogenes, Vibro parahaemolyticus, Bacillus cereus, and Escherichia coli.);

b. "bodily injury" to a "farm employee" to the extent that coverage for "bodily injury" to "farm employees" is provided by this policy; or

c. "bodily injury" or "property damage" that results from a slip, fall, or loss of footing attributable to a surface made slippery by the presence of or existence of "fungi", wet or dry rot, or bacteria.

UM 0143 03 03

Copyright, American Association of Insurance Services, Inc., 2003

PMIC UP 019

PMIC UP 020

This endorsement changes
the policy
— PLEASE READ THIS CAREFULLY —

# HOW MUCH WE PAY
## AGGREGATE LIMIT

This policy is amended to include the following "terms". All other "terms" of the policy apply, except as amended by this endorsement.

## HOW MUCH WE PAY

How Much We Pay is deleted and replaced by the following.

1. The "limits", shown on the "declarations" and subject to the following conditions, are the most "we" pay regardless of the number of:

   a. persons insured under this policy;

   b. parties who sustain injury or damage;

   c. claims made or "suits" brought; or

   d. vehicles, watercraft, or trailers involved in an accident.

2. The Aggregate Limit is the most "we" pay for the sum of all damages, except damages arising out of coverages provided by "underlying insurance" that are not subject to an aggregate "limit".

3. The Each Occurrence Limit, subject to the Aggregate Limit, is the most "we" pay for loss for each "occurrence" or offense.

4. The Aggregate Limit applies separately to each consecutive 12-month period beginning with the inception date shown on the "declarations" for Personal Umbrella Liability Coverage. It also applies separately to any remaining policy period of less than 12 months, unless the Personal Umbrella Liability Coverage was extended after it was written. In that case, the additional period will be considered part of the last preceding period for the purpose of determining "limits".

**PM 5003 04 06**

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

PMIC UP 021

PMIC UP 022

**AAIS**
**UM 0135 01 00**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

## EXCLUSION -- PUNITIVE DAMAGES

This policy does not apply to a claim or indemnification for punitive or exemplary damages. If a suit seeking both compensatory and punitive or exemplary damages is brought against an "insured" for an "occurrence" covered by this policy, "we" will provide defense coverage.

"We" will not pay for any costs, interest, or damages attributable to punitive or exemplary damages.

All other "terms" of this policy apply.

UM 0135 01 00

Copyright, American Association of Insurance Services, 2000

PMIC UP 023

PMIC UP 024

**AAIS**
**UM 0702 04 01**
**Page 1 of 2**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## ARIZONA

1.  Under Conditions, Cancellation and Nonrenewal is deleted and replaced by the following:

    **Cancellation and Nonrenewal --** "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". The notice will include the reasons for cancellation or nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

    If this policy has been in effect less than 60 days, "we" may cancel for any reason. "We" will give "you" notice at least ten days before cancellation is effective.

    After this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel or not renew only at the anniversary date unless:

    a.  the premium has not been paid when due;

    b.  "you" have been convicted of a crime arising out of acts increasing the hazard insured against;

    c.  there have been acts or omissions by "you" or "your" representatives constituting fraud or material misrepresentation in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

    d.  there has been discovery of grossly negligent acts or omissions by "you" substantially increasing any of the hazards insured against;

    e.  there has been substantial change in a risk assumed by "us", since the policy was issued, except to the extent that "we" should reasonably have foreseen the change or contemplated the risk in writing the contract;

    f.  there has been a determination by the director of insurance that the continuation of the policy would place "us" in violation of the insurance laws of this state; or

    g.  "you" have failed to take reasonable steps to eliminate or reduce any conditions on the "insured premises" which contributed to a loss in the past or will increase the probability of future losses.

    If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason after it has been in effect for 60 days or more, "we" will give "you" notice at least 30 days before cancellation is effective.

    If "we" do not renew this policy, "we" will give "you" notice at least 30 days before nonrenewal is effective.

    In the event of nonrenewal based on condition of the "insured premises", "we" will give "you" 30 days notice to remedy the identified conditions. In the event that the identified conditions are remedied, "we" will renew coverage. In the event that the identified conditions are not satisfactorily remedied, "we" will give "you" an additional 30 days, upon payment of premium, to cure the defective condition.

    "We" are not required to give "you" a notice of renewal or nonrenewal if "you" have accepted replacement coverage or agree to nonrenewal.

PMIC UP 025

**AAIS**
**UM 0702 04 01**
**Page 2 of 2**

"Your" return premium, if any, will be calculated on a pro rata basis. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

2. Under Conditions, Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, or Fraud** -- Misrepresentations, omissions, concealment of facts, and incorrect statements shall not prevent recovery under the policy unless:

a. fraudulent;

b. material either to the acceptance of the risk or to the hazard assumed by "us"; or

c. "we" in good faith would either not have issued the policy, or would not have issued the policy in as large an amount, or would not have provided coverage with respect to the hazard resulting in the loss; if the true facts had been made known to "us" as required either by application for the policy or otherwise.

---

UM 0702 04 01
Copyright, American Association of Insurance Services, 2001

# EXHIBIT 2



# Pharmacists Mutual *Insurance Company*

1-800-247-5930 or 515-295-2461
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 50511-0370

## PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS
### THIS IS NOT A BILL

| NAMED INSURED AND MAILING ADDRESS | | |
|---|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BEHREND DR<br>PHOENIX AZ 85024 | CUSTOMER NUMBER | 0004669701 |
| | POLICY NUMBER | UMP 0052228 05 |
| | Previous Policy Number | UMP 0052228 |
| | POLICY PERIOD   01/07/07  **TO**   01/07/08 | |
| | 12 01 A.M. Standard Time at the described location | |

| TRANSACTION |
|---|
| AMENDED DECLARATION        Effective: 01/07/07<br>AMEND PAY PLAN |

**POLICY LIMIT - EACH LOSS**    1,000,000    **SELF-INSURED RETENTION**    250

Our coverage will apply for the following only if the minimum required primary insurance requirements are maintained.

-- **LIMITS OF LIABILITY** --

| COVERAGE APPLIES TO | BODILY INJURY | PROPERTY DAMAGE OR | COMBINED SINGLE LIMIT |
|---|---|---|---|
| Comprehensive Personal Liab. | | | $300,000 Each Occurrence |

**AMENDED POLICY PREMIUM TOTAL**        $105.00

**FORMS AND ENDORSEMENTS**

| CL0148 | (06/01) | Amendatory Endorsement AZ | ML-147 | (1.00) | Punitive Damage Exclusion |
|---|---|---|---|---|---|
| PM 1000AZ | (10/01) | AZ Mutual Company Provisions | PM 1030 | (01/97) | Personal Umb. Excess Liab Pol. |

**WARNING:** A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against
an insurer is guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative  RODGER BRANVOLD, R.PH., LUTCF          4161

UMPDEC        Date Printed:03/23/07        INSURED COPY              Page 1    of 1

# EXHIBIT 3



**Pharmacists Mutual** *Insurance Company*

1-800-247-5930 or 515-295-2461
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 50511-0370

## PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS
### THIS IS NOT A BILL

| NAMED INSURED AND MAILING ADDRESS | | |
|---|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BEHREND DR<br>PHOENIX AZ 85024 | | |

| | | |
|---|---|---|
| CUSTOMER NUMBER | 0004669701 | |
| POLICY NUMBER | UMP 0052228 06 | |
| Previous Policy Number | UMP 0052228 | |
| POLICY PERIOD | 01/07/08 **TO** | 01/07/09 |
| 12 01 A.M. Standard Time at the described location | | |

**TRANSACTION**
RENEWAL DECLARATION

## LIMITS OF INSURANCE

**Each Occurrence Limit**     1,000,000

**Retained Limit**     1,000

**POLICY PREMIUM TOTAL**     $150.00

### FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| PM 1000AZ (10/01) AZ Mutual Company Provisions | PM5003 | (04/06) How Much We Pay-Aggr. Limits |
| PM9919 (11/07) Personal Umbrella Discl Notice | UM0001 | (01/00) Personal Umbrella Liab Covg |
| UM0135 (01/00) Exclusion - Punitive Damages | UM0143 | (03/03) Fungi,Wet/Dry Rot/Bacteria Exc |
| UM0702 (04/01) Amendatory End. - Arizona | | |

**WARNING:** A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer may be guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative RODGER BRANVOLD, R.PH., LUTCF     4161



| NAMED INSURED | LAURA ELIAS & RICHARD SUTTON | |
|---|---|---|
| CUSTOMER NUMBER | | 0004669701 |
| POLICY NUMBER | | UMP 0052228 06 |
| POLICY PERIOD | 01-07-08  **TO** | 01-07-09 |
| 12 01 A.M. Standard Time at the described location | | |

## SCHEDULE OF UNDERLYING INSURANCE

**COMPREHENSIVE PERSONAL LIABILITY**
  Carrier  Pharmacists Mutual
    Combined Single Limit                    $300,000  Each Occurrence

# EXHIBIT 4

**Pharmacists Mutual**
**Policy Journal** Cancelled

View Documentation Journal

**0004669701 : LAURA ELIAS & RICHARD
SUTTON**

| | |
|---|---|
| **Date** | 04/28/2008 05:11:14 PM |
| **Customer Number** | 0004669701 |
| **Tie to Policy?** | Yes |
| **Policy Number** | UMP 0052228 06 : LAURA ELIAS & RICHARD SUTTON |
| **Document Type** | ● Phone Conversation ○ Vehicle Change ○ Visit ○ Other ○ Policy Interest Change |
| **Subject** | Cancelled Policy |

**Text:**

Richard called as he was going through a stack of mail and found that their UMP policy was cancelled
2/4/08. He said that there house was in a heap when they were getting their home painted. He would like
to get another UMP policy. I told him that the underwriter was out of the office for the day and she could
call him back tomorrow. He can be reached at 623-582-2129 or 623-693-0647 cell. He knows that he
owes $12 earned premium due on the cancelled policy and I told him that we could rebill him once the
new policy is written.
fwd to Jennifer
sjp

**04/29/08 -** I called & spoke to Laura regarding this situation.  I explained that we could start the policy eff
today & pro-rate it to match the renewal of the home on 01/07/08. I did ask her if they had the auto
coverage with another carrier & told her we could provide excess liability coverage if we can get a copy of
the dec page showing the required liab limits.  They currently have 3 autos & 1 yng dr.  I quoted the
pro-rated policy term & adding the auto coverage at $152.  Laura ok'd starting coverage today & I can
email the app to her at lelias7@gmail.com.  She also gave me her debit card info to charge the $164 ($12
per above & $152 pro-rated policy).  Forwarded to Sally & Molly.  JMF

# EXHIBIT 5



**Pharmacists Mutual** *Insurance Company*

1-800-247-5930 or 515-295-246
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 50511-037

**PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS**
**THIS IS NOT A BILL**

| NAMED INSURED AND MAILING ADDRESS | | |
|---|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BERIDED DR<br>PHOENIX AE 05024 | CUSTOMER NUMBER | 0004669701 |
| | POLICY NUMBER | UMP 0052228 07 |
| | Previous Policy Number | |
| | POLICY PERIOD  04/29/08  TO  01/07/09 | |
| | 12 01 A.M. Standard Time at the described location | |

| TRANSACTION |
|---|
| POLICY DECLARATION |

## LIMITS OF INSURANCE

**Each Occurrence Limit**     1,000,000

**Retained Limit**     1,000

**POLICY PREMIUM TOTAL**     $152.00

### FORMS AND ENDORSEMENTS

| | | | | | |
|---|---|---|---|---|---|
| FM 1000AE | (10/01) | AE Mutual Company Provisions | FMB003 | (04/06) | How Much We Pay-Aggr. Limits |
| UMB001 | (01/00) | Personal Umbrella Liab Covg | UM0135 | (01/00) | Exclusion - Punitive Damages |
| UM0143 | (03/03) | Fungi, Wet/Dry Rot/Bacteria Exc | UM0703 | (04/01) | Amendatory End. - Arizona |

**WARNING:** A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer may be guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative RYAN GOODRICH     416

CD 05



**Pharmacists Mutual** *Insurance Company*

| NAMED INSURED | LAURA ELIAS & RICHARD SUTTON | |
|---|---|---|
| CUSTOMER NUMBER | | 0004669701 |
| POLICY NUMBER | | UMP 0052228 07 |
| POLICY PERIOD | 04-29-08   TO | 01-07-0 |
| 12 01 A.M. Standard Time at the described location | | |

## SCHEDULE OF UNDERLYING INSURANCE

**COMPREHENSIVE PERSONAL LIABILITY**
Carrier   Pharmacists Mutual
   Combined Single Limit                    $300,000   Each Occurrence

**AUTOMOBILE LIABILITY**
Carrier   Other Company
   Bodily Injury                                $500,000   Each Person
                                          $500,000   Each Occurrence
   Property Damage                      $100,000   Each Occurrence

CD 06

**EXHIBIT 6**

May 1, 2008

Laura Elias & Richard Sutton
1735 E Behrend Dr
Phoenix AZ  85024

RE:  Customer Number 0004669701
     Policy Numbers UMP 0052228

Dear Laura & Richard:

We are pleased to enclose your new Personal Umbrella Policy effective April 29, 2008.  The coverages you have chosen are outlined on the enclosed Declarations Page of your policy.  Please review your policy carefully, and we will answer any questions you may have.

Whenever a new policy is issued, it is a requirement that a signed application be on file.  Please sign and return the enclosed application in the postage-paid envelope provided, fax it to 515-295-4336, or email it to Jennifer.foertsch@phmic.com.  **Failure to return the signed application within 45 days of the policy effective date will result in the cancellation of your insurance coverage.**

As a requirement of the Umbrella Program, we need copies of Declarations Pages for all policies not written with Pharmacists Mutual.  Please submit a current copy of the personal automobile policy written with.  A postage paid envelope is enclosed for your convenience.

If you have any questions about this letter or about your policy with us, please contact our office.  Thank you for doing business with Pharmacists Mutual!

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY


Jennifer M. Foertsch, API, AIS
Pharmacists Mutual Insurance Company
Personal Lines Underwriter
1-800-247-5930, ext 7403
fax 515-295-4336
jennifer.foertsch@phmic.com

Encl.

**EXHIBIT 7**

June 19, 2008

Laura Elias & Richard Sutton
1735 E Behrend Dr
Phoenix AZ  85024

> RE:  Customer Number 0004669701
>      Policy Number UMP 0052228-07

Dear Laura & Richard:

We have recently renewed your umbrella policy.

As a requirement of the Umbrella Program, we need copies of Declarations Pages for all policies not written with Pharmacists Mutual.  Please submit a current copy of the Automobile Policy written with another carrier.  A postage paid envelope is enclosed for your convenience.  If we do not receive your automobile declaration, we will have to delete the coverage from the umbrella policy.

If you have any questions about this letter or about your account with us, please contact our office.  Thank you for doing business with Pharmacists Mutual!

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY


Molly M. Montag
Underwriter Associate
1-800-247-5930, Ext 4040
molly_Montag@phmic.com

MMM:


Encl.

# EXHIBIT 8

July 23, 2008

Laura Elias & Richard Sutton
1735 E Behrend Dr
Phoenix AZ  85024

RE:  Customer Number 0004669701
     Policy Number UMP 0052228-07

Dear Laura & Richard:

Your Personal Umbrella Policy has been endorsed effective July 22, 2008, removing
excess liability coverage for your automobiles as we have not received proof of insurance
with another carrier.  A revised Declarations Page is enclosed for your records.

If you have any questions about this letter or about your account with us, please contact
our office.  Thank you for doing business with Pharmacists Mutual!

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY

Molly M. Montag
Underwriter Associate
1-800-247-5930, Ext 4040
molly_Montag@phmic.com

MMM:

Encl.

# EXHIBIT 9



# Pharmacists Mutual *Insurance Company*

1-800-247-5930 or 515-295-2461
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 50511-0370

## PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS
### THIS IS NOT A BILL

| NAMED INSURED AND MAILING ADDRESS | | |
|---|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BEHREND DR<br>PHOENIX AZ 85024 | **CUSTOMER NUMBER** | 0004669701 |
| | **POLICY NUMBER** | UMP 0052228 07 |
| | Previous Policy Number | |
| | **POLICY PERIOD** 04/29/08 **TO** 01/07/09 | |
| | 12 01 A.M. Standard Time at the described location | |

| TRANSACTION | |
|---|---|
| AMENDED DECLARATION<br>CHG CURRENT COVERAGE | Effective: 07/22/08 |

## LIMITS OF INSURANCE

**Each Occurrence Limit**       1,000,000

**Retained Limit**       1,000

| Return Premium | 32.00 | **AMENDED POLICY PREMIUM TOTAL** | $120.00 |
|---|---|---|---|

**FORMS AND ENDORSEMENTS**

| PM 1000AZ (10/01) AZ Mutual Company Provisions | PM5003 | (04/06) How Much We Pay-Aggr. Limits |
|---|---|---|
| UM0001 (01/00) Personal Umbrella Liab Covg | UM0135 | (01/00) Exclusion - Punitive Damages |
| UM0143 (03/03) Fungi,Wet/Dry Rot/Bacteria Exc | UM0702 | (04/01) Amendatory End. - Arizona |

**WARNING:** A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against
an insurer may be guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative RYAN GOODRICH

4162



**Pharmacists Mutual** *Insurance Company*

| NAMED INSURED | LAURA ELIAS & RICHARD SUTTON | |
|---|---|---|
| CUSTOMER NUMBER | 0004669701 | |
| POLICY NUMBER | UMP 0052228 07 | |
| POLICY PERIOD | 04-29-08 **TO** | 01-07-09 |

12 01 A.M. Standard Time at the described location

## SCHEDULE OF UNDERLYING INSURANCE

COMPREHENSIVE PERSONAL LIABILITY
  Carrier  Pharmacists Mutual
    Combined Single Limit                     $300,000  Each Occurrence

**EXHIBIT 10**

LAURA ELIAS & RICHARD SUTTON
1735 E BEHREND DR
PHOENI X AZ  85024

RE: <u>Customer Number 0004669701</u>
<u>Policy Numbers HO 0052228</u>

Dear Laura & Richard:

Thank you for your time and courtesy during our recent phone conversation.  We are pleased to enclose your January 7, 2009, renewal information for your policies written with Pharmacists Mutual Insurance Company.  Please review your coverages carefully and contact us if you have questions or wish to make changes.

**The invoice for your renewal policies will be mailed separately.**

Your Homeowners Policy has been renewed as is.  Our underwriting guidelines require that we have color photos of all homes we insure.  Please submit photos of your home (all sides) for our records. Photos of any detached structures on your property are also required.  The photos may either be mailed in the enclosed postage paid envelope or emailed to jennifer.foertsch@phmic.com.

Your Personal Umbrella Policy has been renewed as is.  <u>Our Umbrella Program requires a signed application at the time of issue and every three years thereafter.  Please complete and sign the enclosed application and return it in the postage-paid envelope provided, fax it to 515-295-4336, or email it to jennifer.foertsch@phmic.com.</u>

As a requirement of the Umbrella Program, we need copies of Declarations Pages for all policies not written with Pharmacists Mutual.  Please submit a current copy of the automobile policy.

If you have any questions about this letter or about your account with us, please contact our office.  Thank you for doing business with Pharmacists Mutual!

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY

Jennifer M. Foertsch, API, AIS
Pharmacists Mutual Insurance Company
Personal Lines Underwriter
1-800-247-5930, ext 7403
fax 515-295-4336
jennifer.foertsch@phmic.com

Encl.

# EXHIBIT 11



**Pharmacists Mutual** *Insurance Company*

1-800-247-5930 or 515-295-2461
P.O. Box 370, 808 Highway 18 West, Algona, Iowa 60611-0370

## PERSONAL UMBRELLA/EXCESS LIABILITY DECLARATIONS
### THIS IS NOT A BILL

| NAMED INSURED AND MAILING ADDRESS | | |
|---|---|---|
| LAURA ELIAS & RICHARD SUTTON<br>1735 E BEHREND DR<br>PHOENIX AS 85024 | CUSTOMER NUMBER | 0004669701 |
| | POLICY NUMBER | UMP 0052228 08 |
| | Previous Policy Number | UMP 0052228 |
| | POLICY PERIOD   01/07/09  TO  01/07/10 | |
| | 12 01 A.M. Standard Time at the described location | |

| TRANSACTION |
|---|
| RENEWAL DECLARATION |

## LIMITS OF INSURANCE

Each Occurrence Limit     1,000,000

Retained Limit     1,000

**POLICY PREMIUM TOTAL     $150.00**

**FORMS AND ENDORSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| PM 1608AX | (10/01) | AS Mutual Company Provisions | PM9003 | (04/06) | How Much We Pay-Aggr. Limits |
| UM0001 | (01/00) | Personal Umbrella Liab Covg | UM0135 | (03/80) | Exclusion - Punitive Damages |
| UM0143 | (03/03) | Fungi,Wet/Dry Rot/Bacteria Exc | UM0782 | (04/03) | Amandatory End. - Arizona |

WARNING:  A person who knowingly submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer may be guilty of a crime and may be subject to criminal and civil penalties.

Authorized Representative RYAN GOODRICH                    4182

CD 16



| NAMED **INSURED** LAURA ELIAS & RICHARD SUTTON | | |
|---|---|---|
| CUSTOMER NUMBER | 0004669701 | |
| POLICY NUMBER | UMP 0052228 08 | |
| POLICY PERIOD | 01-07-09 **TO** | 01-07-10 |
| 12 01 A.M. Standard Time at the described location | | |

## SCHEDULE OF UNDERLYING INSURANCE

COMPREHENSIVE PERSONAL LIABILITY
Carrier  Pharmacists Mutual
    Combined Single Limit                     $300,000  Each Occurrence

CD 17

**EXHIBIT 12**

April 24, 2009

LAURA ELIAS & RICHARD SUTTON
1735 E BEHREND DR
PHOENIX AZ  85024

RE:  <u>Customer Number 0004669701</u>
<u>Policy Number UMP 0052228</u>

Dear Laura & Richard:

Your Personal Umbrella Policy renewed with Pharmacists Mutual back on January 7,
2009.  Our underwriting guidelines require a new signed application to be on file every
three years.  We have sent numerous requests for this information via regular mail as well
as left messages at your home number but have yet to receive a response to this matter.

In order to continue your umbrella coverage, we need you to fill out the highlighted areas
on the attached application and fax this back to 515-295-4336, scan it back in an email to
jennifer.foertsch@phmic.com, or mail it in the enclosed postage-paid envelope.  We also
need a current copy of your auto declarations page from your current carrier so that we
can extend coverage for the excess liability.

If you have any questions about this letter or about your account with us, please contact
our office.  Thank you for doing business with Pharmacists Mutual!

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY


Jennifer M. Foertsch, API, AIS
Pharmacists Mutual Insurance Company
Personal Lines Underwriter
1-800-247-5930 ext 7403
fax:  515-295-4336
jennifer.foertsch@phmic.com

Encl.

01/20/2010 11:46 AM E33FC_7789

**EXHIBIT 13**

# Pharmacists
# Mutual®Companies

- Pharmacists Mutual Insurance Company
- Pharmacists Life Insurance Company
- Pro Advantage Services®, Inc.
  d/b/a Pharmacists Insurance Agency (in California)
  CA License No. 0G22035

January 20, 2010

LAURA ELIAS & RICHARD SUTTON
1735 E BEHREND DR
PHOENIX AZ 85024

RE: Umbrella Coverage
UMP 0052228 08
Our Claim # 10101715
Date of Loss: November 15, 2009

Dear Mr. Sutton & Ms. Elias:

This will confirm our January 20, 2010 conversation concerning the above claim.  Your automobile
insurance carrier, AAA, informed us you were involved in a motor vehicle accident on November 15,
2009, and asked if we had excess coverage for this accident under your Personal Umbrella Liability
Policy.  They advised us that there was potential for value of the claim to exceed the  $500,000 policy
limits you carry with them.

As we discussed, your Personal Umbrella Liability Policy does not provide coverage for automobile
accidents.  The policy does not cover liability for bodily injury, unless that liability is also covered by
"underlying insurance" as listed on the policy.  See exclusion 2 on page 5 of your policy.  Underlying
insurance is defined on page 3 as follows:

> 17. "underlying insurance" means the liability insurance coverage provided under policies
> shown in the Schedule of Underlying Insurance on the "declarations" for the "limits" and
> policy periods indicated.  It includes any policies issued to replace those policies during the
> term of this policy that provide:
> > a. at least the same "limits", and
> > b. the same hazards insured against, except as modified by general program
> > revisions or as agreed to by "us" in writing.

As there is no automobile insurance listed on the policy, there is no coverage for automobile accidents
under the policy.

Pharmacists Mutual Insurance Company reserves the right to continue its investigation.  If you believe
there are facts that Pharmacists Mutual has not considered, please provide that information immediately.
Pharmacists Mutual reserves the right to rely upon any policy provisions that may apply to this loss and
does not waive compliance or the application of any such provisions.

If you have any questions regarding the above, please feel free to call the undersigned.  Please refer to the
claim number when calling or writing about this claim.

Sincerely,

PHARMACISTS MUTUAL INSURANCE COMPANY

Philip E Dahlhauser, AIC, AIS
Claims Examiner
1-800-247-5930, Ext. 7424

# EXHIBIT 14

# Pharmacists Mutual Companies

- Pharmacists Mutual Insurance Company
- Pharmacists Life Insurance Company
- Pro Advantage Services®, Inc.
  d/b/o Pharmacists Insurance Agency (in California)
  CA License No. 0G22035

February 17, 2010

K. Thomas Slack
Beale, Michaels & Slack, P.C.
7012 North 18th Street
Phoenix, Arizona 85020

Re:  Insureds:   Richard Sutton and Laura Elias
     Claimants:  Nathan Parsons and Tawny Bill
     DOL:        November 15, 1999
     Policy No.: UMP 0052228-07

Dear Mr. Slack:

I write in response to your January 22, 2010 correspondence.

Your letter represented that Laura Elias was the at-fault driver in a November 15, 2009 motor vehicle accident that caused Nathan Parsons' and Tawny Bill damages that "will far exceed" the $500,000 primary limits of Ms. Elias' AAA policy.  Furthermore, your letter sought to put Pharmacist Mutual Insurance Company on notice that you will be making a claim ("the Claim") under Pharmacist Mutual Personal Umbrella Liability Policy UMP 0052228-07 ("the Umbrella Policy"), requested that Pharmacist Mutual assign an adjuster to the Claim, and requested a copy of the Umbrella Policy.

Pharmacist Mutual has requested permission from Ms. Elias to send you a certified copy of the Umbrella Policy.  Pharmacist Mutual has also sent Ms. Elias a certified copy of the Umbrella Policy.  We will send you the Umbrella Policy upon receipt of Ms. Elias' permission to do so.

The Umbrella Policy, however, does not appear to cover the Claim because the "Schedule of Underlying Insurance" does not include Ms. Elias' $500,000 AAA automobile policy.

The Umbrella Policy states:

> "We" pay, up to "our" "limit", all sums for which an "insured" is liable by law because of "bodily injury", "personal injury", or "property damage" to which this Personal Umbrella Liability Coverage applies.
>
> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Defense Coverage.

Contact us: info@phmic.com • Information /Application: www.phmic.com
808 Highway 18 West • P.O. Box 370, Algona, Iowa 50511 • Phone: 515-295-2461 or 800-247-5930

CD 24

K. Thomas Slack
Beale, Michaels & Slack, P.C.
February 17, 2010
Page 2

Subject to the Exclusions, this insurance applies only to:

1. "bodily injury" and "property damage" that is caused by an "occurrence"; and

2. "personal injury" arising from an offense committed during the policy period.

*See* Form UM 0001 01 00 at 4.

The Exclusions of the Umbrella Policy state:

This Personal Umbrella Liability Coverage does not apply to:

***

3. "bodily injury" or "property damage" that results from the ownership, leasing, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading, or unloading of "motorized vehicles" or trailers. Except as stated in the following paragraph, this exclusion does not apply to the extent that such "bodily injury" or "property damage" is covered by "underlying insurance" at the time of the occurrence.

*Id.* at 5.

Accordingly, the Umbrella Policy excludes coverage for the Claim resulting from Ms. Elias' ownership, operation, or use of a motorized vehicle on November 15, 1999, unless the Claim was also covered by "underlying insurance" on November 15, 1999.

The Definitions of the Umbrella Policy states:

17. "Underlying insurance" means the liability insurance coverage provided under policies shown in the Schedule of Underlying Insurance on the "declarations" for the "limits" and policy periods indicated.

*Id.* at 4.

The "Schedule of Underlying Insurance" in the Umbrella Policy, however, lists only the Homeowners policy:

SCHEDULE OF UNDERLYING INSURANCE

COMPREHENSIVE PERSONAL LIABILITY

CD 25

K. Thomas Slack
Beale, Michaels & Slack, P.C.
February 17, 2010
Page 3

Carrier Pharmacist Mutual
Combined Single Limit     $300,000 Each Occurrence

*See* Form UMPDEC at 2.

Thus, because the Umbrella Policy does not list Ms. Elias' AAA auto policy in the "Schedule of Underlying Insurance," the Umbrella Policy does not appear to cover the Claim as it is a claim for "bodily injury" or "property damage" resulting from the ownership, operation, or use of a motorized vehicle—an excluded event.

Pharmacist Mutual reserves the right to continue the investigation of your clients' claims. If you believe the coverage analysis of Pharmacist Mutual is incorrect, either factually or legally, then Pharmacist Mutual invites you to provide additional facts, information, or legal analysis as soon as possible. Pharmacist Mutual also reserves the right to rely on any and all applicable provisions of the Umbrella Policy and does not waive compliance with any portion of the Umbrella Policy.

If you would like to discuss the above matter further, then please contact me at your earliest possible convenience.

Sincerely,

Philip E. Dahlhauser, AIC, AIS
Claims Examiner
1 (800) 247-5930 x7424

cc:  Richard Sutton & Laura Elias

CD 26



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Elias & Richard Sulton
1735 E Behrend Dr.
Phoenix AZ 85024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Richard W. Sutton_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   1/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 3020 0000 7700 7213

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

01/27/2010 11:25 AM E33FC_7857

CD 27

**EXHIBIT 15**

MICHAEL K. JEANES
Clerk of the Superior Court
By Eva Perez, Deputy
Date 07/27/2010 Time 16:14:52
Description                Amount
-------- CASE# CV2010-052433 --------
CIVIL NEW COMPLAINT           301.00
------------------------------------
TOTAL AMOUNT                  301.00
Receipt# 20730742

1  K. Thomas Slack - 013412
   BEALE, MICHEAELS & SLACK, P.C.
2  7012 N. 18th Street
   Phoenix, Arizona 85020
3  (602) 285-1444

4  Attorneys for Plaintiffs

5

6

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                **IN AND FOR THE COUNTY OF MARICOPA**

9  NATHAN PARSONS and TAWNY       )
   BILL, husband and wife,        )   CV No.
10                                )   CV2010-052433
        Plaintiffs,               )
11                                )
   vs.                            )   **COMPLAINT**
12                                )
   LAURA ANN ELIAS and            )
13 RICHARD SUTTON, wife and       )
   husband; DOES I through X,     )   (Tort Motor Vehicle)
14 BLACK CORPORATIONS I           )
   through X,                     )
15                                )
        Defendants.               )
16 _____)

17        Plaintiffs Nathan Parsons and Tawny Bill, by and through their attorneys

18  undersigned, allege as follows:

19                                    I.

20        Plaintiffs are and were at all times material hereto residents of Maricopa County,

21  Arizona.  The cause of action and claims hereinafter alleged occurred in Maricopa County,

22  Arizona.  The amount in controversy exceeds the minimum jurisdictional requirements of

23  this Court.

24                                    II.

25        Upon information and belief, defendants Laura Ann Elias and Richard Sutton are

26  wife and husband and are residents of Maricopa County, Arizona.  Plaintiffs allege that at all

27  times material hereto, Defendant, Laura Ann Elias, was acting for and on behalf of her

28  marital community with Richard Sutton.

III.

Defendants Does I through X and Black Corporations I through X are corporations, business entities, persons, agents, servants, employees, parents and/or ostensible agents whose true names are not known to the plaintiffs at the present time. Upon information and belief, plaintiffs allege that defendants Does I through X and Black Corporations I through X are residents of Maricopa County, Arizona and/or business entities doing business in Maricopa County, Arizona, who caused an event to occur in said county and state out of which this claim arose. When the true names of such persons, agents, ostensible agents, servants, employees, parents, corporations and/or entities become known to plaintiffs, plaintiffs will ask leave of Court to amend this Complaint to reflect such true names, together with the appropriate charging allegations.

IV.

The defendants, and each of them, by and through their employees, servants, agents and/or ostensible agents, caused and/or contributed to cause the events giving rise to an automobile/motorcycle accident and resulting injuries to plaintiff Nathan Parsons.

V.

On or about November 15, 2009, a motor vehicle/motorcycle accident occurred at or near the intersection of Cave Creek Road and Behrend Drive in Phoenix, Arizona, involving a 1997 BMW owned by defendants Richard Sutton and Laura Ann Elias and being operated by defendant Laura Ann Elias. At the time of the accident, plaintiff Nathan Parsons was driving a 2009 Taiga motorcycle. The collision was caused when defendant Laura Ann Elias  failed to yield while making a left hand turn from northbound Cave Creek Road onto westbound Behrend Drive and struck the plaintiff on his motorcycle which was southbound on Cave Creek Road.

VI.

As a direct and proximate result of the negligence of the defendants, plaintiff Nathan Parsons has suffered serious, catastrophic and permanent injuries and has incurred medical and related expenses.

VII.

As a direct and proximate result of the negligent conduct of the defendants, plaintiff Nathan Parsons has experienced pain, discomfort, suffering, disability, disfigurement and anxiety and will experience pain, discomfort, disability, suffering, disfigurement and anxiety in the future.

VIII.

As a direct and proximate result of the negligence of the defendants, plaintiff Nathan Parsons has incurred expenses for necessary medical care, treatment and services and will incur additional expenses from necessary medical care, treatment and related services in the future.

IX.

As a direct and proximate result of the negligence of the defendants, the plaintiffs have lost income and will continue to lose income as a result of the injuries of Nathan Parsons; the plaintiffs have further incurred a loss of earning capacity as a result of the permanent injuries received by Nathan Parsons in the subject accident.

X.

As a direct and proximate result of the negligence of the defendants, plaintiff Tawny Bill has sustained and will continue to sustain loss of consortium due to the serious and permanent injuries and damages sustained by her husband, Nathan Parsons.

WHEREFORE, plaintiffs Nathan Parsons and Tawny Bill request judgment against defendants as follows:

1.  For general damages in a sum which would be fair to fully compensate plaintiffs for their injuries and damages;

2.  For plaintiffs' special damages;

3.  For plaintiffs' costs herein incurred, expending and accruing; and

4.  For such other and further relief as the Court deems just and proper under the circumstances.

DATED THIS 27ᵗʰ day of July, 2010.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEALE, MICHEAELS & SLACK, P.C.

By_____
      K. Thomas Slack
      7012 N. 18th Street
      Phoenix, Arizona 85020
      Attorneys for Plaintiffs

4

# EXHIBIT 16

## SETTLEMENT AGREEMENT AND ASSIGNMENT OF CLAIMS
### (Damron Agreement)

**EFFECTIVE DATE:**   Upon execution by All Parties

**PARTIES:**   Nathan Parsons and Tawny Bill
c/o K. Thomas Slack, Esq.
Beale, Michaels & Slack, PC
7012 N. 18th Street
Phoenix, Arizona   85020

AAA Members Insurance Company
c/o Christina Geremia, Esq.
Jones, Skelton & Hochuli
2901 N. Central Avenue, Suite 800
Phoenix, AZ   85012

Richard Sutton and Laura Elias
c/o Christina Geremia, Esq.
Jones, Skelton & Hochuli
2901 N. Central Avenue, Suite 800
Phoenix, AZ   85012

## RECITALS

A.   On November 15, 2009 Laura Ann Elias was involved in a motor vehicle accident at North Cave Creek Road at Behrend Drive. Ms. Elias was driving a 1997 BMW automobile owned by her and her husband Richard Sutton which collided with a motorcycle being operated by Nathan Parsons.

B.   Nathan Parsons received severe and permanent injuries as a result of the accident and he and his wife Tawny Bill made a claim against Laura Elias and Richard Sutton arising from the accident.  Laura Elias has admitted negligence in causing the accident.

C.   At all times relevant hereto, Laura Elias and Richard Sutton carried an automobile liability insurance policy through AAA Members Insurance Company with a $500,000 per person liability limit (Policy No. 425-000974778).

D.   At all times relevant hereto, Laura Elias and Richard Sutton carried an umbrella insurance policy with Pharmacists Mutual Insurance Company (policy number

UMP 0052228-07) with a $1,000,000 liability limit which Laura Elias and Richard Sutton reasonably believed and fully expected to provide coverage for the subject accident.

E.  On or about November 23, 2009 Nathan Parsons and Tawny Bill through their counsel made a claim against Laura Elias and Richard Sutton through their automobile insurance company, AAA Members Insurance Company. AAA Members Insurance Company has recently offered its $500,000 liability policy limit in partial settlement of the claims of Nathan Parsons and Tawny Bill against Laura Elias and Richard Sutton.

F.  Given the catastrophic and permanent nature of the injuries to Nathan Parsons, written notice was given to Pharmacists Mutual Insurance Company on January 22, 2010 of the claim of Nathan Parsons and Tawny Bill under the umbrella insurance policy of Laura Elias and Richard Sutton, policy number UMP 0052228-07.

G.  On February 17, 2010 Pharmacists Mutual Insurance Company denied coverage for Nathan Parsons' claim under the aforementioned umbrella policy.

H.  Laura Elias and Richard Sutton represent and covenant for the reliance of Nathan Parsons and his wife Tawny Bill that they did not maintain any applicable insurance policy or type of insurance affording any type of liability coverage for the claims asserted on behalf of Nathan Parsons and Tawny Bill other than the above-described policies of insurance.

I.  Laura Elias and Richard Sutton are exposed to substantial personal liability in connection with the claims of Nathan Parsons and Tawny Bill.

J.  Laura Elias and Richard Sutton wish to avoid personal exposure to the claims set forth in this matter and further wish to avoid the danger of exposing their personal assets to being executed upon, attached, levied, and/or garnished to satisfy (in whole or in part) any judgment rendered in favor of Nathan Parsons and Tawny Bill. In addition, given the denial of insurance coverage as summarized above and the size and nature of the claims asserted in this matter, a judgment or jury verdict in the action will likely be substantially in excess of their available liability insurance coverage.

K.  Therefore, Laura Elias, Richard Sutton and AAA Members Insurance Company wish to enter into this Agreement on the terms and conditions noted below. This Agreement is entered into pursuant to *Damron v. Sledge*, 105 Ariz. 151, 460 P.2d

2

997, as well as various Arizona cases subsequent to that decision which expand on, interpret and discuss the parameters and implementation of Damron agreements.

## TERMS AND CONDITIONS

1.  **Recitals.** The foregoing recitals, representations and warranties are hereby incorporated by reference as additional terms of this Agreement.

2.  **Payment by AAA Members Insurance to Nathan Parsons and Tawny Bill.** AAA Members Insurance shall pay the sum of $500,000 representing the liability policy limit of the policy of Laura Elias and Richard Sutton to Nathan Parsons and Tawny Bill within ten (10) days of the date of this Agreement.

3.  **Stipulated Entry of Final Judgment  - Parsons v. Elias.** A Judgment shall be entered in favor of Nathan Parsons and Tawny Bill and against Laura Ann Elias and Richard Sutton in Maricopa County, Arizona, Superior Court Cause No. CV2010-052433, in an amount determined by the Court pursuant to hearing, plus interest at the legal rate. That Stipulated Judgment shall be substantially in the form provided in the "Stipulated Judgment in Favor of Parsons/Bill and Against Elias/Sutton attached hereto as Exhibit A and, incorporated by reference herein.

4.  **Basis for Amount of Judgment.** The amount of the judgment set forth above will be based upon the Court's determination of a reasonable settlement agreement as between Parsons/Bill and Elias/Sutton, respectively.  The Court may utilize the assistance of a Special Master, Judge Pro Tempore or other officer of the court in arriving at said determination.

5.  **Covenant of Nathan Parsons and Tawny Bill not to Execute against Laura Elias and Richard Sutton.** As against Laura Elias and Richard Sutton, Nathan Parsons and Tawny Bill covenant that neither they, nor anyone on their behalf, will in any way record, execute upon, enforce, seek to collect under, or seek to establish a lien under the judgment that will be entered or rendered in the above-described cause, as that judgment may exist now or at any time hereafter and as that judgment may be modified, in any way whatsoever, as against Laura Elias and Richard Sutton.  This covenant shall become effective upon the entry of judgment as set forth in paragraphs 3 and 4 above. Nathan Parsons and Tawny Bill represent and affirm that there are no outstanding unsatisfied hospital, medical, or other liens arising out of the incident described above which would be subject to satisfaction or execution out of the proceeds hereof and further agree to indemnify and hold the AAA Members Insurance Company, Elias and Sutton harmless of and from any and all liability which may hereafter be asserted or imposed against them by reason

3

of any such lien. This covenant relates to Laura Elias and Richard Sutton and AAA Members Insurance Company only (as defined above), and, except as expressly waived by this Agreement, Nathan Parson and Tawny Bill reserve expressly all rights of action, claims and demands they may have against all other persons or entities other than Laura Elias and Richard Sutton and AAA Members Insurance Company (including, but not limited to, the claims assigned to them herein against Pharmacists Mutual Insurance Company). The covenant of Nathan Parsons and Tawny Bill set forth in this paragraph is not a release.

6. **Assignment of Claims by Laura Elias and Richard Sutton.** Laura Elias and Richard Sutton hereby assign to Nathan Parsons and Tawny Bill jointly all right, title and interest in any and all claims, actions, causes of action, suits, contracts, agreements, promises, demands, known or unknown and liquidated or contingent, which Laura Elias and Richard Sutton have now or may have against Pharmacists Mutual Insurance Company or its parents or subsidiaries, and any of their employees, agents or assigns (hereinafter "Pharmacists Mutual Insurance Company"), relating in any way to the subject automobile accident of November 15, 2009 and/or the claims by Nathan Parsons and Tawny Bill against Laura Elias and Richard Sutton and AAA Members Insurance Company. This specifically includes, without limitation, all claims that Pharmacists Mutual Insurance Company (1) improperly denied coverage and failed to investigate the claims against Laura Elias and Richard Sutton properly and timely; (2) failed to provide coverage, complying with the reasonable expectations of its insureds; (3) failed to investigate the duties the carrier owed under the terms of the insurance policies they issued; (4) failed to adequately communicate with and/or advise its insureds regarding the policy and scheduled policies thereunder; (5) failed to give equal consideration to the interests of Laura Elias and Richard Sutton; (6) failed to consider the applicable authority addressing the relevant issues; (7) failed to satisfy its obligations; and (8) violated state or federal law related to unfair claims handling practices (hereinafter "the Assigned Claims"), all of which inappropriately created risk and expense to Laura Elias and Richard Sutton.

7. **Covenant of Cooperation of Laura Elias and Richard Sutton.** Laura Elias and Richard Sutton hereby agree to cooperate fully with Nathan Parsons and Tawny Bill in any way reasonably requested in furtherance of the benefits to Nathan Parsons and Tawny Bill contemplated by this Agreement. Laura Elias and Richard Sutton agree to waive any claim of attorney-client privilege or work product with respect to the subject automobile accident of November 15, 2009 or related investigation, litigation or insurance-related issues.

4

8.    **Further Assurances.** The parties to this Agreement hereby represent and warrant that they will take all actions which are reasonably necessary, and they will sign any additional documents which are reasonably necessary, to effectuate and implement the terms and conditions of this Agreement.

9.    **Successors and Assigns.** This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors, and assigns.

10.   **Authority.** The individuals executing this Agreement hereby represent and warrant that they are duly authorized to sign this Agreement, and this Agreement, when so executed, shall be valid and binding in accordance with the terms and conditions hereof.

11.   **Governing Law.** This agreement shall be governed by and construed in accordance with the laws of the state of Arizona.

12.   **Counterparts.** This Agreement may be executed in several counterparts, including facsimile counterparts, each of which shall be deemed an original, and all of which, taken together, shall constitute this Agreement.

13.   **Severability.** If any provision of this Agreement, or any paragraph, sentence, clause, phrase, or word, or the application thereof, in any circumstance, is adjudicated to be invalid, the validity of the remainder of this Agreement shall be construed as if such invalid part was never included herein.


_____          _____
Date                               Nathan Parsons


_____          _____
Date                               Tawny Bill


5

8. **Further Assurances.** The parties to this Agreement hereby represent and warrant that they will take all actions which are reasonably necessary, and they will sign any additional documents which are reasonably necessary, to effectuate and implement the terms and conditions of this Agreement.

9. **Successors and Assigns.** This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors, and assigns.

10. **Authority.** The individuals executing this Agreement hereby represent and warrant that they are duly authorized to sign this Agreement, and this Agreement, when so executed, shall be valid and binding in accordance with the terms and conditions hereof.

11. **Governing Law.** This agreement shall be governed by and construed in accordance with the laws of the state of Arizona.

12. **Counterparts.** This Agreement may be executed in several counterparts, including facsimile counterparts, each of which shall be deemed an original, and all of which, taken together, shall constitute this Agreement.

13. **Severability.** If any provision of this Agreement, or any paragraph, sentence, clause, phrase, or word, or the application thereof, in any circumstance, is adjudicated to be invalid, the validity of the remainder of this Agreement shall be construed as if such invalid part was never included herein.


09/03/10
_____
Date

 

Nathan Parsons

09/03/10
_____
Date

 

Tawny Bill

5

_____
Date

_____
Laura Elias

_____
Date

_____
Richard Sutton

____8/25/2010_____
Date

_____
AAA Members Insurance Company

By _Eric Qualls_____

6

8/31/2010
_____
Date

*Laura Elias*
_____
Laura Elias

AUG-31-2010
_____
Date

*Richard W. Sutton*
_____
Richard Sutton

_____
Date

_____
AAA Members Insurance Company

By _____

6